IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, | Case No. 6:25-cv-00410-MC |
| Plaintiff, | JUDGMENT |
| v. | |
| NORCO, INC., | |
| Defendant. | |

MCSHANE, Judge:

Based on the stipulation of the parties, ECF Nos. 15 and 17, and the Court having been fully advised, IT IS HEREBY ORDERED AND ADJUDGED that this matter is dismissed with prejudice. The putative class claims are dismissed without prejudice.

IT IS SO ORDERED.

DATED this <u>6th</u> day of August 2025.

    /s/ Michael McShane
**Michael J. McShane
United States District Judge**

1 – JUDGMENT